**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GWENN CARTER,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:05-cv-1137-Orl-31DAB**

**CITY OF LAKE MARY, RICHARD BEARY, Chief of Police of the City of Lake Mary, OFFICER VIRGIL PICKLESIMER, OFFICER DOE NO. 1, DONALD ESLINGER, Individually and as Sheriff of Seminole County, Florida, DAVID DIGGS, C.O. ROE NO. 1, SEMINOLE COUNTY, FLORIDA, WAL-MART STORES, INC., LOWES HOME CENTERS, INC. & BANK OF AMERICA CORPORATION,**

        **Defendants.**

_____

## ORDER

Plaintiff, Gwenn Carter, brought this action against Seminole County and others alleging a violation of her constitutional rights under 42 U.S.C. section 1983, and supplemental state law claims, resulting from her arrest and incarceration on September 15, 2003. Defendant, Seminole County, has moved to dismiss Count VIII of the Complaint, contending that Seminole County is not vicariously liable for the constitutional torts of the sheriff (Doc. 23). Plaintiff has not responded and Defendant's Motion appears meritorious. It is, therefore

**ORDERED** that Defendant's Motion is GRANTED. Count VIII of the Complaint is DISMISSED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 18, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party