# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GWENN CARTER,

                 **Plaintiff,**

-vs-                             **Case No.  6:05-cv-1137-Orl-31DAB**

CITY OF LAKE MARY, RICHARD
BEARY, Chief of Police of the City of Lake
Mary, OFFICER VIRGIL PICKLESIMER,
OFFICER DOE NO. 1, DONALD
ESLINGER, Individually and as Sheriff of
Seminole County, Florida, DAVID DIGGS,
C.O. ROE NO. 1, SEMINOLE COUNTY,
FLORIDA, LOWES HOME CENTERS,
INC.,

                 **Defendants.**

_____

## ORDER

This matter is before the Court on a Motion to Dismiss filed by Defendants Donald

Eslinger, David Diggs and C.O. Roe No. 1 (Doc. 28).  By their Motion, the Defendants seek to

dismiss Counts VII and VIII of the Plaintiff's Complaint.[1]  The Defendants filed this Motion on

October 3, 2005.  The Plaintiff has not filed an opposition to the Motion, the time to do so has

passed, and it appears that the Defendants' Motion is well-founded.  It is therefore

**ORDERED THAT** the Defendants' Motion to Dismiss (Doc. 28) is GRANTED as

unopposed, and Counts VII and VIII of the Plaintiff's Complaint (Doc. 1) are DISMISSED.

_____

[1] The Plaintiff's Complaint appears at Doc. 1.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 31, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party